■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANA LEAK, Appellant. [695 NYS2d 710] —Appeal by the defendant from a judgment of the County Court, Nassau County (Boklan, J.), rendered April 8, 1998, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant was charged, *inter alia*, with criminal sale of a controlled substance in the third degree, after he sold drugs to a confidential informant. The sale was recorded on videotape. Viewing the evidence in the light most favorable to the prose-

cution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's sentence was not excessive (*see, People v Suitte,* 90 AD2d 80). Ritter, J. P., Thompson, Altman and Friedmann, JJ., concur.